DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAWN D. VIEIRA** and **ROBERTO VIEIRA,**
Appellants,

v.

**UMB BANK NATIONAL ASSOCIATION US BANK NATIONAL
ASSOCIATION,**
Appellee.

No. 4D20-616

[March 4, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. CACE16-016163.

Kendrick Almaguer and Emily B. Chatzky of The Ticktin Law Group, Deerfield Beach, for appellants.

Richard S. McIver of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***